denied. *Messrs. Arthur E. Griffin* and *Samuel B. Bassett* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

No. 622. PEARSON, RECEIVER, *v.* FARMERS NATIONAL BANK OF MONTICELLO ET AL. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George S. Jones* and *A. O. Bacon Sparks* for petitioner. *Mr. Orville A. Park* for respondents.

No. 634. TYROLER ET AL. *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Leon F. Cooper* and *M. S. Farmer* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner,* and *W. Marvin Smith* for respondent.

No. 639. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD *v.* UNION PACIFIC R. Co.; and

No. 640. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PROWERS *v.* ATCHISON, TOPEKA & SANTA FE RY. Co. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. William B. Kelly* and *Charles Roach* for petitioners. *Messrs. Clayton C. Dorsey, Nelson H. Loomis, Gerald Hughes, W. W. Grant, Jr., Morrison Shafroth,* and *E. E. McInnis* for respondents.